**Jimmy G. NIXON, Sr., Petitioner–Appellant,**

v.

**Joe YOUNG; Ms. Endenfield; Shawn Million; K. Schwinn; R. Poole; Mr. McClain; Does 1–10, Respondents–Appellees.**

No. 06–30070
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

Jimmy Nixon, Anthony, NM, pro se.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Jimmy G. Nixon, Sr., federal prisoner # 12863–116, appeals the dismissal of his 28 U.S.C. § 2241 habeas corpus petition for lack of jurisdiction. Nixon challenged his conviction and sentence for mail fraud, wire fraud, money laundering, and illegal monetary transactions.

Nixon has not argued, much less shown, that he is entitled to proceed under § 2241 based on the "savings clause" of 28 U.S.C. § 2255. *Reyes–Requena v. United States,* 243 F.3d 893, 900–01, 904 (5th Cir.2001); *Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir. 1987); *Yohey v. Collins,* 985 F.2d 222, 224–

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

25 (5th Cir.1993). The district court's judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.